# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>JACKLYN RENE DICKERSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:19-mj-0021 DMC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __7/9/2019__ in the county of __Trinity__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 43 CFR 8365.1-4(b)(2) | Possession of a Controlled Substance - Methamphetamine |
| 43 CFR 9212.1(h) | Violate a Fire Prevention Order - Campfire Outside of Designated Area |
| 43 CFR 8365.1-1(b)(1) | Littering - Non Flammable Trash |

This criminal complaint is based on these facts:
See Attached Report

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Peter Sawtell - Law Enforcement Ranger
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 30 2019

_____
*Judge's signature*

City and state: Redding, CA

Dennis M. Cota, US Magistrate Judge
*Printed name and title*

**Summary:**

On 7/9/2019 JACKLYN DICKERSON was issued a mandatory appearance violation notice for 43 CFR 8365.1-4(b)(2) - Possession of Methamphetamine. Additionally DICKERSON was later charged with 43 CFR 8365.1-1(b)(1) - Littering of Non-Flammable Trash and 43 CFR 9212.1(h) - Violate Fire Prevention Order - Campfire Outside of Designated Area. JONYA CIGANOVICH was issued a mandatory appearance violation notice for 43 CFR 9212.1(h) - Violate Fire Prevention Order - Campfire Outside of Designated Area and additionally charged via criminal complaint with 43 CFR 8365.1-1(b)(1) - Littering of Non-Flammable Trash.

**Contact:**

On 7/9/2019 at approximately 1500 hours I, Ranger Sawtell, observed a homeless camp near the Mill Street Trailhead at the Weaverville Community Forest. Camping is prohibited in the Weaverville Community Forest by Trinity County Code. It is posted at the Mill Street Trailhead that camping is prohibited. I contacted CIGANOVICH and DICKERSON in the camp and identified them by verbal information of name and date of birth. CIGANOVICH and DICKERSON stated they were homeless and had been camping there for about a week. I saw various personal items strewn about around the campsite such as clothing, food packaging, and household items.

In the open door of DICKERSON's tent I saw a meth pipe and a small amount of methamphetamine in a pan lid. I seized the methamphetamine and meth pipe. I later weighed the methamphetamine and found it weighed approximately 0.12 grams. I later field tested the methamphetamine and it showed a positive indication for methamphetamine.

I saw a fire pit with a cooking pan on it. There was charred wood in the fire pit. CIGANOVICH stated she and DICKERSON had been using the fire pit for cooking. On 7/1/2019 the BLM Redding Field Office issued a Fire Prevention Order prohibiting the use of campfires except for at designated campgrounds. A copy of the Fire Prevention Order was posted at the Mill Street Trailhead.

**Conclusion:**

I issued DICKERSON a mandatory appearance violation notice for 43 CFR 8365.1-4(b)(2) - Possession of Methamphetamine and told her she would be charged with additional camping related charges via criminal complaint. I issued CIGANOVICH a mandatory appearance violation notice for 43 CFR 9212.1(h) - Violate Fire Prevention Order - Campfire Outside of Designated Area and told her she would be charged with additional camping related charges via criminal complaint.

(This incident was captured on body camera video)

END OF REPORT