# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Jacklyn R. Dickerson

CASE/CITATION NO. 3:19-mj-0021 DMC

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

Weaverville          CA          96093
CITY                STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 8-6-19                    _____
                                DEFENDANT'S SIGNATURE

You are hereby placed on three years summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

[X] Fine: $ 275.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 300.00 within 15 days/~~months, or payments of $~~ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
~~completed by~~ You are prohibited from entering lands supervised by the Bureau of Land Management for three years.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[ ] ~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. BOX 71363~~ 780749
~~PHILADELPHIA, PA 19176-1363~~
~~1-800-827-2982~~ San Antonio, TX
or                    78278
~~Pay on-line at www.cvb.uscourts.gov~~
~~and Click on "Pay On-Line"~~

[ ] ~~CLERK, USDC~~
~~2500 TULARE ST., RM. 1501~~
~~FRESNO, CA 93721-1322~~

[X] CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 8-6-19                    _____
                                U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                EDCA-3